UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARAMELLO,<br><br>　　　　　Defendant. | No.  2:24-cv-2542 CKD P<br><br><br>ORDER |

Plaintiff is a Sacramento County Jail inmate proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On September 25, 2024, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has filed an amended complaint.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

The court has reviewed plaintiff's amended complaint and finds that it fails to state a claim upon which relief can be granted under federal law.  Plaintiff's amended complaint must be dismissed.  The court will, however, grant plaintiff one more opportunity to state a claim upon which he might proceed in a second amended complaint.

1   As plaintiff has already been informed, plaintiff must demonstrate how conditions resulted in a deprivation of plaintiff's federal rights.  See Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980). It appears that plaintiff complains about prisoner disciplinary proceedings, but he fails to indicate how the result of such proceedings injured plaintiff in a manner amounting to a violation of plaintiff's federal rights.  In order for this action to proceed, plaintiff must point to facts suggesting that he suffered injury as a result of defendant violating plaintiff's federal rights.

Plaintiff is also informed that the court cannot refer to a prior pleading to make plaintiff's second amended complaint complete.  Local Rule 220 requires that any amended complaint be complete without reference to any prior pleading.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is dismissed.

2. Plaintiff is granted thirty days from the date of service of this order to file a second amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The second amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint."  Failure to file a second amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  February 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack2542.14(2)