UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJIAH LEE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>CARAMELLO, et al.,<br><br>Defendants. | No. 2:24-cv-2542 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On February 25, 2025, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. The second amended complaint was due on March 27, 2025, but plaintiff has not filed a second amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1 | time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
2 | Cir. 1991).
3 | Dated:  April 8, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack2542.fta