UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CARAMELLO,<br><br>    Defendant. | No. 2:24-cv-2542-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 9) |

    Plaintiff Elijah Lee Jackson is a county jail inmate appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 9, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with a court order. (Doc. No. 9.) Specifically, Plaintiff has failed to comply with the court's order dated February 25, 2025, in which Plaintiff's first amended complaint was dismissed due to his failure to state a cognizable claim and Plaintiff was directed to file a second amended complaint within thirty days. (Doc. No. 8.) Plaintiff did not thereafter file a second amended complaint. The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

1  days after service. (Doc. No. 9 at 1.) To date, no objections to the findings and recommendations
2  have been filed, and the time in which to do so has now passed.
3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
5  findings and recommendations are supported by the record and by proper analysis.
6        Accordingly:
7        1.    The findings and recommendations issued on April 9, 2025 (Doc. No. 9) are
8            ADOPTED in full;
9        2.    This action is DISMISSED, without prejudice, due to Plaintiff's failure to
10           prosecute this action and failure to comply with a court order; and
11       3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 25, 2025**

Dena Coggins
United States District Judge

2